# EXHIBIT B

Case 4:21-cv-40114-TSH   Document 4   Filed 11/12/21   Page 1 of 2

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

JOSEPH LIJOI

*Plaintiff*

v.

Civil Action No.:
4:21-CV-40114-TSH

TOWN OF LEICESTER, ET AL.

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   TOWN OF LEICESTER c/o Melanie Jackson, Treasurer
3 Washburn Sq.
Leicester, MA 01524

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – Sandra Burgos

*Signature of Clerk or Deputy Clerk*




Case 4:21-cv-40114-TSH   Document 4   Filed 11/12/21   Page 2 of 2

Civil Action No.: **4:21-CV-40114-TSH**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

**Worcester County Sheriff's Office**
**P.O. Box 1066 Worcester, MA 01613**
**(508) 752-1100     11/23/2021**

I hereby certify and return that on 11/22/2021 at 1:13 PM I served a true and attested copy of the SUMMONS IN A CIVIL ACTION AND VERIFIED AMENDED COMPLAINT in this action in the following manner: To wit, by delivering in hand to ELAISA AYRES, agent, person in charge at the time of service for TOWN OF LEICESTER, C/O MELANIE JACKSON, TREASURER at 3 WASHBURN SQUARE, LEICESTER, MA 01524. Service Fee ($30.00) Attest ($5.00) Total: $35.00

*Norman Brodeur*
Norman Brodeur
Deputy Sheriff

I declare under penalty of perjury that this information is true.

___11/23/21___                    ___Norman Brodeur___
Date                                             Server's Signature

___Norman Brodeur, Deputy Sheriff___
Printed name and title

___240 Main St. Worc, MA 01608___
Server's Address

Additional information regarding attempted service, etc:

Case 4:21-cv-40114-TSH   Document 4   Filed 11/12/21   Page 1 of 2

# UNITED STATES DISTRICT COURT
для the
## DISTRICT OF MASSACHUSETTS

---

JOSEPH LIJOI

*Plaintiff*

v.

TOWN OF LEICESTER, ET AL.

*Defendant*

---

Civil Action No.:
4:21-CV-40114-TSH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LEICESTER PUBLIC SCHOOLS
c/o Marilyn Tencza, Superintendent
3 Washburn Sq.
Leicester, MA 01524

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Sandra Burgos
*Signature of Clerk or Deputy Clerk*



Case 4:21-cv-40114-TSH   Document 4   Filed 11/12/21   Page 2 of 2

Civil Action No.: 4:21-CV-40114-TSH

PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any)

**Worcester County Sheriff's Office**
**P.O. Box 1066 Worcester, MA 01613**
**(508) 752-1100**          **11/23/2021**

I hereby certify and return that on 11/22/2021 at 1:13 PM I served a true and attested copy of the SUMMONS IN A CIVIL ACTION AND VERIFIED AMENDED COMPLAINT in this action in the following manner: To wit, by delivering in hand to MARILYN TENCZA, SUPERINTENDENT, agent, person in charge at the time of service for LEICESTER PUBLIC SCHOOLS at 3 WASHBURN SQUARE, 3RD FLOOR, LEICESTER, MA 01524. Service Fee ($30.00) Attest ($5.00) Mailing ($3.00) Mileage ($3.84) Office Expense ($20.00) Conveyance ($3.00) Total: $64.84

*(signature)*
Norman Brodeur
Deputy Sheriff

I declare under penalty of perjury that this information is true.

11/23/21
Date

*(signature)*
Server's Signature

Norman Brodeur Deputy Sheriff
Printed name and title

246 Main St. Worc. Ma 01608
Server's Address

Additional information regarding attempted service, etc:

Case 4:21-cv-40114-TSH   Document 4   Filed 11/12/21   Page 1 of 2

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

JOSEPH LIJOI

*Plaintiff*

v.

Civil Action No.:
4:21−CV−40114−TSH

TOWN OF LEICESTER, ET AL.

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARILYN TENCZA
3 Washburn Sq.
Leicester, MA 01524

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT M. FARRELL

*CLERK OF COURT*

/s/ − Sandra Burgos

*Signature of Clerk or Deputy Clerk*




Case 4:21-cv-40114-TSH   Document 4   Filed 11/12/21   Page 2 of 2

Civil Action No.:  4:21-CV-40114-TSH

PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

[

**Worcester County Sheriff's Office**

**P.O. Box 1066 Worcester, MA 01613**

[

**(508) 752-1100**        **11/23/2021**

[

I hereby certify and return that on 11/22/2021 at 1:13 PM I served a true and attested copy of the SUMMONS IN A CIVIL ACTION AND VERIFIED AMENDED COMPLAINT in this action in the following manner: To wit, by delivering in hand to MARILYN TENCZA at 3 WASHBURN SQUARE, 3RD FLOOR LEICESTER, MA 01524. Service Fee ($30.00) Attest ($5.00) Total: $35.00

[

[

Norman Brodeur
Deputy Sheriff

I declare under penalty of perjury that this information is true.

_11/23/21_
Date

_Norman Brodeur_
Server's Signature

_Norman Brodeur, Deputy Sheriff_
Printed name and title

_240 Main St. Worc Ma 01608_
Server's Address

Additional information regarding attempted service, etc:

Case 4:21-cv-40114-TSH   Document 18-2   Filed 03/09/22   Page 18 of 29

Case 4:21-cv-40114-TSH   Document 4   Filed 11/12/21   Page 1 of 2

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

JOSEPH LIJOI

*Plaintiff*

v.

TOWN OF LEICESTER, ET AL.

*Defendant*

Civil Action No.:
4:21-CV-40114-TSH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CHRISTOPHER FONTAINE
3 Washburn Sq.
Leicester, MA 01524

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT M. FARRELL

*CLERK OF COURT*

/s/ – Sandra Burgos

*Signature of Clerk or Deputy Clerk*





Case 4:21-cv-40114-TSH   Document 4   Filed 11/12/21   Page 2 of 2

Civil Action No.: 4:21-CV-40114-TSH

PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

 **Worcester County Sheriff's Office**
**P.O. Box 1066 Worcester, MA 01613**
**(508) 752-1100**          **11/23/2021**

I hereby certify and return that on 11/22/2021 at 1:13 PM I served a true and attested copy of the SUMMONS IN A CIVIL ACTION AND VERIFIED AMENDED COMPLAINT in this action in the following manner: To wit, by delivering in hand to MARILYN TENCZA, SUPERINTENDENT, agent, person in charge at the time of service for CHRISTOPHER FONTAINE at 3 WASHBURN SQUARE, 3RD FLOOR, LEICESTER, MA 01524.
Service Fee ($30.00) Attest ($5.00) Total: $35.00

*Norman Brodeur*
Norman Brodeur
Deputy Sheriff

I declare under penalty of perjury that this information is true.

_11/23/21_
Date

_Norman Brodeur_
Server's Signature

_Norman Brodeur, Deputy Sheriff_
Printed name and title

_240 Main St. Worc, MA. 01608_
Server's Address

Additional information regarding attempted service, etc: